Donald W. DUNCAN, Appellant,

v.

BENTON POLICE DEPT., Appellee.

No. 06–3956.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 22, 2007.

Filed: Aug. 24, 2007.

Donald W. Duncan, Benton, AR, pro se.

George D. Ellis, Ellis Law Firm, Benton, AR, for Appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Donald Duncan appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. We agree that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable George Howard, Jr., late a United States District Judge for the Eastern District of Arkansas.